# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| Equal Employment Opportunity Commission,<br>　　　　Plaintiff,<br><br>Laura M. Napoli,<br>　　　　Intervenor/Plaintiff,<br>　　vs.<br><br>Walgreen Co., d/b/a Walgreen Arizona Drug Co.,<br><br>　　　　Defendants.<br>_____ | **JUDGMENT IN A CIVIL CASE**<br><br><br><br>CIV 05-1400-PCT-FJM |

\_\_　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court having granted Defendant's Motion for Summary Judgment, this case is dismissed.

| | |
|---|---|
|　March 26, 2007　<br>　　　Date | RICHARD H. WEARE　　　<br>District Court Executive/Clerk<br><br>　S/ L. Fettis　　<br>(By) Deputy Clerk |

cc: (all counsel)